No. 10-5458. Gary L. Cheatham, Petitioner v. Brian Coleman, Superintendent, State Correctional Institution at Fayette, et al.

562 U.S. 923, 131 S. Ct. 302, 178 L. Ed. 2d 197, 2010 U.S. LEXIS 7204.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 10-5459. Robert Jackson, Sr., Petitioner v. United States.

562 U.S. 923, 131 S. Ct. 303, 178 L. Ed. 2d 197, 2010 U.S. LEXIS 7254.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-5460. Carlos Martinez, aka Manuel Suarez, Petitioner v. United States.

562 U.S. 923, 131 S. Ct. 303, 178 L. Ed. 2d 197, 2010 U.S. LEXIS 7168.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

No. 10-5461. Minako Wong, Petitioner v. Jose R. San Martin, et al.

562 U.S. 923, 131 S. Ct. 303, 178 L. Ed. 2d 197, 2010 U.S. LEXIS 7383.

October 4, 2010. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, Second Judicial Department, denied.

No. 10-5462. Joe Teague, Petitioner v. North Carolina Department of Transportation.

562 U.S. 923, 131 S. Ct. 303, 178 L. Ed. 2d 197, 2010 U.S. LEXIS 7222,

October 4, 2010. Petition for writ of certiorari to the Supreme Court of North Carolina denied.

No. 10-5463. Brad Coopman, Petitioner v. United States.

562 U.S. 923, 131 S. Ct. 303, 178 L. Ed. 2d 197, 2010 U.S. LEXIS 7606.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 602 F.3d 814.

No. 10-5465. Robert J. Page, Petitioner v. Jeff Premo, Superintendent, Oregon State Penitentiary.

562 U.S. 923, 131 S. Ct. 303, 178 L. Ed. 2d 197, 2010 U.S. LEXIS 7252.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-5466. Omar Ocasio, Petitioner v. Gary Greene, former Superintendent, Great Meadow Correctional Facility, et al.

562 U.S. 923, 131 S. Ct. 304, 178 L. Ed. 2d 197, 2010 U.S. LEXIS 7338.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.